UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-CV-22665-DPG

FLORIDA FAIR HOUSING
ALLIANCE, INC.,

    Plaintiff,

v.

THE PALM BAY GRAND, LLC d/b/a PALM
BAY GRAND,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff FLORIDA FAIR HOUSING ALLIANCE, INC., by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated: September 14, 2020

                                    Respectfully Submitted,

                                    /s/ Jibrael S. Hindi                 .
                                **JIBRAEL S. HINDI, ESQ.**
                                Florida Bar No.: 118259
                                E-mail:    jibrael@jibraellaw.com
                                **THOMAS J. PATTI, ESQ.**
                                Florida Bar No.: 118377
                                E-mail:    tom@jibraellaw.com
                                The Law Offices of Jibrael S. Hindi
                                110 SE 6th Street, Suite 1744
                                Fort Lauderdale, Florida 33301
                                Phone:    954-907-1136
                                Fax:        855-529-9540
                                *COUNSEL FOR PLAINTIFF*

PAGE | **1** of **2**

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 14, 2020, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

           /s/ Jibrael S. Hindi                                     .
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com