UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No**.:** 1:20-cv-22665-DPG

FLORIDA FAIR HOUSING ALLIANCE, INC.,

    Plaintiff,

vs.

THE PALM BAY GRAND, LLC
d/b/a PALM BAY GRAND

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff FLORIDA FAIR HOUSING ALLIANCE, INC., by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice Voluntary Dismissal *with* Prejudice of the above styled action.

    DATED: October 16, 2020

                                      Respectfully Submitted,

                                      /s/ Jibrael S. Hindi
                                    **JIBRAEL S. HINDI, ESQ.**
                                    Florida Bar No.: 118259
                                    E-mail:   jibrael@jibraellaw.com
                                    **THOMAS J. PATTI, ESQ.**
                                    Florida Bar No.: 118377
                                    E-mail:   tom@jibraellaw.com
                                    The Law Offices of Jibrael S. Hindi
                                    110 SE 6th Street, Suite 1744
                                    Fort Lauderdale, Florida 33301
                                    Phone:     954-907-1136
                                    Fax:        855-529-9540

                                    *COUNSEL FOR PLAINTIFF*

.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 16, 2020, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    Respectfully Submitted,

    /s/ Thomas J. Patti                             .
    **THOMAS J. PATTI, ESQ.**
    Florida Bar No.: 118377

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com